IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD FIKE, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 09 C 2558 |
| v. | ) ) Judge Dow |
| THE BUREAUS, INC., | ) ) Magistrate Keys |
| Defendant. | ) ) |

## STATUS REPORT REGARDING NOTICE OF CLASS ACTION SETTLEMENT

Defendant, THE BUREAUS, INC. ("TBI"), submits this report concerning the settlement notice that is to be distributed to class members on or before August 23, 2010.

1. In the Preliminary Approval Order entered on June 11, 2010, the Court preliminarily certified the Class defined as:

> (a) all persons and entities in the United States; (b) who, according to TBI's records, received a call from TBI; (c) which call was made to a number assigned to a cell phone, according to a cell phone scrub performed pursuant to ¶ 10 of the settlement agreement; (d) where TBI made the call using its telephone dialing system or a prerecorded message; and (e) where TBI made the call during the period April 28, 2005 to June 30, 2009.

2. The Class members were to be identified through a cell phone scrub and name and address update as described in ¶ 4 of the Preliminary Approval Order. First Data, Inc. has performed the cell phone scrub and name and address update, which indicate that there are approximately 61,471 class members. This estimate may be inflated by individuals whose names are spelled differently in TBI's data and First Data, Inc.'s data. In any case, the estimate of 61,471 Class members is less than the original estimate of 70,000 to 80,000 class Members. The smaller class will result in larger payouts per class member who opts in to the settlement.

3.  The Preliminary Approval Order directed the parties to file by July 28, 2010 a status report regarding the information that will be inserted in the final version of the class notice, including the deadline to opt in, opt out and object to the settlement and the estimated number of class members.

4.  A copy of the class notice with the foregoing information is attached as Exhibit A.

5.  On July 27, 2010, defense counsel sent plaintiff's counsel a copy of this report and the notice. Plaintiff's counsel replied with comments about the class notice, but he did not comment on the report.

| | |
|---|---|
| David M. Schultz | Respectfully submitted, |
| Peter E. Pederson | |
| HINSHAW & CULBERTSON LLP | THE BUREAUS, INC. |
| 222 N. LaSalle Street | |
| Suite 300 | |
| Chicago, Illinois 60601 | By: /s/ Peter E. Pederson |
| (312) 704-3000 | One of its Attorneys |
| (312) 704-3001 (fax) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 28, 2010, I served this document by filing it with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

/s/ Peter E. Pederson

**Service List**

Alexander H. Burke, Esq.
ABurke@BurkeLawLLC.com
BURKE LAW OFFICES, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601

2